Abel Acosta, Clerk

4-12-15

T.C.C.A.

P.O. Box 12308, Capitol Station

77,039-02

Austin, Texas
78711

RE: Kamuel Lindsey

I am writting this response cause I am being kept in solitary confinement due to an O.P.I. I filed on March 3, 15 The reason I filed this O.P.I. is because I was assaulted by several Offenders. I've been in solitary since March 6, 15 I have been given a case for refusing houseing assignment I also have been recieving Threats from these Offenders not to come back to population. I have been requesting to be transfered to another facility. If there is no response from me the reason why is I am in solitary.

Sincerly,

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk